IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JAIME GUIJOSA-SILVA, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. |
| : | 7:10-cv-17 (HL) |
| WENDELL ROBERSON FARMS, INC., : | |
| et al., : | |
| : | |
| Defendants. : | |
| _____ : | |

## ORDER

A telephone conference was held on April 25, 2011 to address discovery problems that arose after the Court ordered the Defendants to produce documents in response to the Plaintiffs' motion to compel.

Before the conference, the parties came to an agreement regarding the production of documents located on the Defendants' computer database. The parties must follow the terms of their agreement. Defendants are further ordered to produce original I-9 tax forms. Portions of the forms may not be covered with white-out. Defendants are not required to produce field sheets from 2007-2008 or other tax records.

A thirty day extension is granted to the parties to respond to summary judgment motions. Responses are due no later than May 23, 2011.

**SO ORDERED**, this the 25th day of April, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc