IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JAIME GUIJOSA-SILVA; ABELINO CHAVEZ-GARCIA; LAZARO CHAVEZ-SILVA; IGNACIO GUIJOSA-CAMPOS; MELCHOR NIGOA-CASTRO; RIGOBERTO POZOS-CANO; BLAS POZOS-MORA; BERNARDINO POZOS-RAMIREZ; JUAN POZOS-SILVA; JUVENTINO POZOS-SILVA; ARMANDO ROSALES-POZOS; FLORENTINO TORRES-PERDOMO; BARDOMIANO ALANIS-POZOS; BERARDO CAMPOS-GARCIA; ANTONIO POZOS-REGALADO; MARTIN REBOLLO-RAMIREZ; FIDENCIO RIVERA-BUCIO; PABLO RODRIGUEZ-POZOS; and EMILIO SILVA-GUIJOSA,<br><br>  Plaintiffs,<br><br>  v.<br><br>WENDELL ROBERSON FARMS, INC; THOMAS S. ROBERSON; and JANIS S. ROBERSON,<br><br>  Defendants. | Civil Action No. 7:10-cv-17 (HL) |

## ORDER

This matter has been set for trial on July 30, 2012 at the federal courthouse in Valdosta, Georgia. The above-named plaintiffs are called to present testimony or other evidence at trial in support of their claims against Defendants. Eloy Alanis-Valdez and Gabriel Cruz-Yanez are also called to be present at the trial for purposes of presenting their testimony.

**SO ORDERED**, this 5th day of June, 2012.

**<u>s/ Hugh Lawson</u>**
HUGH LAWSON, SENIOR JUDGE

ebr