IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **JAIME GUIJOSA-SILVA, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **WENDELL ROBERSON FARMS, INC.**, **et al.**, <br><br> Defendants. | Civil Action No. 7:10-CV-17 (HL) |

**ORDER**

Before the Court is Plaintiffs' Motion for Leave to Include Supplemental Questions in the Written Juror Questionnaire. (Doc. 106.) The Court has reviewed the proposed questions and will allow Plaintiffs to include some, but not all, of the suggested inquiries. An amended version of those questions that will be permitted by this Court is below. A copy of these questions will be sent to the Jury Clerk to be included in the jury questionnaire that is mailed out at the end of this month.

**SO ORDERED**, this 20th day of June, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr

**Supplemental Questions for Written Juror Questionnaire**

1. Has anyone in your family ever owned or operated a farming business? ( ) Yes; ( ) No.

    IF YES, who? ☐ Myself   ☐ Spouse   ☐ Child   ☐ Parent   ☐ Other _____

    When and what kind of business:
    _____
    _____
    _____

2. Have you or a family member ever done any work on a farm? ( ) Yes; ( ) No.

    IF YES, who? ☐ Myself   ☐ Spouse   ☐ Child   ☐ Parent   ☐ Other _____

    Please describe the type of work performed and the approximate time period:
    _____
    _____
    _____

3. Have you ever worked with Mexican workers? ( ) Yes; ( ) No.

    IF YES, please identify the job and the length of employment:
    _____
    _____

4. Have you ever employed a Mexican worker? ( ) Yes; ( ) No.

    IF YES, please identify the job and the length of employment:
    _____
    _____

5. Have you ever contributed money to or worked on behalf of an organization that supports or opposes the use of Mexican workers?
   (  ) Yes; (  ) No.

   IF YES, to whom did you contribute money or work:
   _____

   _____

6. Have you had any experiences with people who only speak a foreign language that would make it difficult for you to trust what they are saying even when it is translated?
   (  ) Yes; (  ) No.

   IF YES, please explain your experience:
   _____

   _____

   _____

7. Have you ever expressed views about immigration or foreign workers on a website, in a newspaper, in a call-in program, or to friends and colleagues?
   (  ) Yes; (  ) No.

   IF YES, what views did you express:
   _____

   _____

   _____

8. Do you think that you have any experiences, connections, or opinions which would make it difficult for you to be impartial and objective in a lawsuit involving an employment dispute between Mexican immigrants and their employer, a U.S. farming business?
   (  ) Yes; (  ) No.

   IF YES, please explain:
   _____

   _____

9. Are there any answers that you have provided or issues this questionnaire has raised that you regard as deeply personal and would prefer to discuss outside the hearing of other jurors?
   (  ) Yes; (  ) No.

   IF YES, please list the question numbers:
   _____

   _____

   _____