IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **JAIME GUIJOSA-SILVA, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **WENDELL ROBERSON FARMS, INC.**, et al., <br><br> Defendants. | Civil Action No. 7:10-CV-17 (HL) |

**ORDER**

Before the Court is Plaintiffs' Motion for Reconsideration of Motion in Limine Ruling Concerning the Immigration Status of Plaintiffs (Doc. 138). In their Motion, Plaintiffs argue that evidence about their immigration status outside of the time that they were employed at Wendell Roberson Farm should be excluded because it is outside the scope of the issues at trial and has the potential to lead to prejudice. In light of this Motion, the Court has reconsidered its previous ruling on this issue, and the Court now grants Plaintiffs' Motion. Questioning about Plaintiffs' immigration status at the time of their employment with Wendell Roberson Farms is permissible, but questioning about their immigration status outside of the period of their employment at WRF is prohibited.

**SO ORDERED**, this 3rd day of August, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE